**Order entered March 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01411-CV

### SIMEON COKER, Appellant

### V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15478**

## ORDER

Both the clerk's record and the reporter's record in this case are overdue. By postcard dated December 20, 2018, we notified the Dallas County District Clerk that the clerk's record was overdue and directed her to file the clerk's record within thirty days. Also by postcard dated December 20, 2018, we notified Melba Wright, Official Court Reporter for the 19st Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. On January 10, 2019, Ms. Wright informed the Court the reporter's record had not been filed because appellant had not paid or made arrangements to pay for the reporter's record. On January 22, 2019, appellant replied to our inquiry regarding the reporter's record stating he "is in the process of sending the payment via mail." The Dallas County Clerk has failed to respond to our notice regarding the clerk's record.

Accordingly, this Court **ORDERS** Felicia Pitre, Dallas County District Clerk, to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record or (2) written verification that appellant has not paid for or made arrangements to pay for the clerk's record and that appellant has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has not paid for or made arrangements to pay for the clerk's record and has not been found entitled to proceed without payment of costs, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We also **ORDER** Ms. Wright, Official Court Reporter for the 191st Judicial District Court, to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and that appellant has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has not paid for or made arrangements to pay for the reporter's record and has not been found entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Felicia Pitre
Dallas County District Clerk

Melba Wright
Official Court Reporter
191st Judicial District Court

Gena Slaughter
Presiding Judge
191st Judicial District Court

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE